FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>SHANE A. GRIFFORD,<br><br>                Defendant. | No. 2:19-cr-00071-SMJ<br><br>**ORDER ADOPTING STIPULATED FORENSIC REVIEW PROCEDURES** |

**IT IS HEREBY ORDERED**: The parties' Stipulated motion regarding computer forensic review procedures for child pornography contraband, **ECF No. 20**, and related motion to expedite, **ECF No. 21**, are **GRANTED**. The parties' stipulation, **ECF No. 20**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference. Additionally, the defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this Order. The defense team is forbidden from removing any contraband images from the Government reviewing facility. The defense expert(s) will be allowed to compile a report (without contraband images or videos) documenting the examination on removable media if the case dictates.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

ORDER ADOPTING STIPULATED FORENSIC REVIEW PROCEDURES **-** 1

provide copies to all counsel.

DATED this 15th day of May 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge